
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00201 |
| | ) | |
| MALCOLM L. BROOKS, | ) | |
| a/k/a "YG MAC" | ) | |

## <u>MOTION TO UNSEAL INDICTMENT</u>

The undersigned Assistant United States Attorney for the Middle District of Tennessee

moves this Court to unseal the Indictment filed on September 15, 2011, in the above-entitled

matter. The defendant is in custody. Therefore it is no longer necessary for the indictment to

remain sealed.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

_____
J. ALEX LITTLE
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

SO ORDERED:

_____
John S. Bryant
United States Magistrate Judge

Dated: September **20** , 2011